IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Otis James Childers, | ) No.05-2010-PHX-ROS |
| Petitioner, | ) **ORDER** |
| vs. | ) |
| State of Arizona, et al., | ) |
| Respondent(s). | ) |

On July 7, 2005 Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #1). On March 28, 2006, Magistrate Judge Mathis issued a Report and Recommendation ("R&R") recommending that the petition be denied (Doc. #17). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985).  No objection having been
2  made, the Court will adopt the R&R in full.
3      Accordingly,
4      **IT IS ORDERED** that the Report and Recommendation (Doc. #17) is **ADOPTED**
5  and this action is **DISMISSED WITH PREJUDICE**.

7      DATED this 2nd day of June, 2006.

                      /s/ Roslyn O. Silver
                      United States District Judge